Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**FILED** IFP

FEB 26 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

NC

# UNITED STATES DISTRICT COURT
for the
Northern District of California

San Jose Division

MICHAEL KARAVASTEV

Case No. C 24 01141
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

-v-

ANDREAN KARAVASTEV

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*



## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Michael Karavastev |
   | Street Address | 2330 Monroe St., Apt. 322 |
   | City and County | Santa Clara, CA (Santa Clara County) |
   | State and Zip Code | CA 95050 |
   | Telephone Number | (408) 306-6316 mobile |
   | E-mail Address | karavastev_michael@hotmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | Andrean Karavastev |
| Job or Title (if known) | (father-in-law) |
| Street Address | 504 Holthouse Terrace |
| City and County | Sunnyvale (Santa Clara County) |
| State and Zip Code | CA 94087-1490 |
| Telephone Number | (669)290-5347 |
| E-mail Address (if known) | vitezda@hotmail.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __Michael Karavastev__, is a citizen of the State of *(name)* __California__.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* __Andrean Karavastev__, is a citizen of the State of *(name)* __(believed to be permanent resident "green card")__. Or is a citizen of *(foreign nation)* __Bulgaria__.

2. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

~ +$320,000.00.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Michael Karavastev ("Michael K.") , and the defendant, *(name)* Andrean Karavastev ("Andrean K.") , made an agreement or contract on *(date)* 01/01/2006 . The agreement or contract was *(oral or written)* Oral . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

Business loans to be repaid for apartment building buys/rehabs-renovations/rentals in the country of Bulgaria as a business contract.

Business loans to be repaid for delivery truck buys for use in the USA as a business contract.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

Andrean K. is the father-in-law to Michael K. Andrean K. exploited this personal / familial relationship fraudulently. For years, Andrean K. promised repayment -- from 2006 until 2022; whereby, Michael K. initiated divorce proceedings against Iva Karavastev ("Iva K.") -- the daughter of Andrean K. After a $50,000 repayment on 08/15/2021 no other repayments were forthcoming -- only false promises. Then in 01/12/2022 at a divorce deposition, Iva K. proclaimed that Andrean K. does not owe Michael K. any money at all.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Actual damages of $300,000.00 for the buy/rehab-renovation/rental of apartment buildings in the country of Bulgaria.

Actual damages of $20,000.00 for the buy of a delivery truck for a delivery courier business in the USA (primarily in California) (Andrean K. is believed to be a permanent resident / "green card" holder).

Punitive damages of 3x the actual damages or $900,000.00 (to satisfy lost interest, other investment opportunity costs for the duration of these outstanding business loans from 2006 unto the present).

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/20/2024

Signature of Plaintiff: /s/ Michael Karavastev
Printed Name of Plaintiff: Michael Karavastev

### B. For Attorneys

Date of signing: 02/20/2024

Signature of Attorney: /s/ Michael Karavastev -- Pro Se
Printed Name of Attorney: Michael Karavastev
Bar Number: not applicable
Name of Law Firm: n/a
Street Address: 2330 Monroe St., Apt. 322
State and Zip Code: Santa Clara, CA 95050
Telephone Number: (408) 306-6316 mobile
E-mail Address: karavastev_michael@hotmail.com