Michael Karavastev – Pro Se
2330 Monroe St., Apt. 322
Santa Clara, CA 95050
(408) 306-6316 mobile
karavastevminca@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
AT SAN JOSE

| | |
|---|---|
| MICHAEL KARAVASTEV,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREAN KARAVASTEV,<br><br>　　　　Defendant. | Case No. 5:24-cv-01141-NC<br><br>**MOTION TO DISMISS WITHOUT PREJUDICE—LACK OF JURISDICTION** |

NOW COMES *pro se* Plaintiff MICHAEL KARAVASTEV ("Michael K.") in this Motion to Dismiss **without** Prejudice—lack of jurisdiction.

**DECLARATORY STATEMENT IN SUPPORT OF MICHAEL K.'S MOTION TO DISMISS WITHOUT PREJUDICE—LACK OF JURISDICTION**

This declaratory statement incorporated herein is in compliance with 28 USC §1746 and is consistent with the Fed. R. Civ. Procedures.

Michael K. alleges the following upon information and belief, which are based on personal knowledge and after due investigation:

DECLARATION UNDER PENALTY OF PERJURY

Michael Karavastev declares

　　1.　03/04/2024 USDC-ND CA Magistrate Nathanel Cousins screened this pro se indigent case for merit. (ECF 5)

　　2.　The conclusion: both parties reside in California.

MOTION TO DISMISS WITHOUT PREJUDICE—LACK OF JURISDICTION - 1

3. Thus, diversity-of-citizenship is inapplicable. The USDC-ND CA lacks jurisdiction.

4. Michael K. agrees.

5. Consequently, Michael K. moves for dismissal—without prejudice—this federal lawsuit, to re-file in the Superior Court of California—Santa Clara County.

6. See *Karavastev v. Karavastev*, 24-cv-432798 (Santa Clara Co., CA Superior Ct.).

7. This motion should be granted as a matter of law.

I declare under penalty of perjury under the laws of the State of California, and United States, that the foregoing is true and correct.

Executed on: March 16, 2024

Respectfully Submitted,

/s/ Michael Karavastev

_____
Michael Karavastev
2330 Monroe St., Apt. 322
Santa Clara, CA 95050
(408) 306-6316 mobile
karavastevminca@gmail.com

*Plaintiff-Pro Se*

**PROOF OF FILING AND SERVICE**

Michael K. hereby certifies that on March 16, 2024, he e-filed with the U.S. District Court–Northern District of California, San Jose court clerk this:

**MOTION TO DISMISS WITHOUT PREJUDICE—LACK OF JURISDICTION**

and the Clerk of the Court using the CM/ECF system will send notification of such filing to those parties whose appearance have been entered in these proceedings.

   s/ *Michael Karavastev*
MICHAEL KARAVASTEV
*Pro Se*

MOTION TO DISMISS WITHOUT PREJUDICE—LACK OF JURISDICTION - 2